UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

In re MARCHE HARRISON,

    Petitioner,

Case No. 14-cv-01121-JST  (PR)

**ORDER REGARDING INCOMPLETE PETITION**

Petitioner has filed a pro se petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254.  He has paid the $5.00 filing fee.

The Court notes that the petition form is missing pages one and two.  As a result, no respondent is named, and some important information is not provided.  Accordingly, petitioner is GRANTED **twenty-eight (28) days** from the date of this Order to amend the petition to provide the missing pages.

The amendment must include the caption and civil case number used in this order (14-1121 JST (PR)) and the words AMENDED PETITION on the first page.  Petitioner must include any supporting memorandum, exhibits, and/or other attachments referenced in the amended petition to the amended petition.  **Failure to amend within the designated time will result in the dismissal of the action.**

The Clerk of the Court shall send petitioner a blank habeas corpus form along with his copy of this Order.

**IT IS SO ORDERED.**

Dated: April 2, 2014

_____
JON S. TIGAR
United States District Judge